# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

Edward Steen

*Defendant*

)
) Case: 1:24-mj-00142
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 4/23/2024
) Description: COMPLAINT W/ ARREST WARRANT
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Edward Steen,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Picketing, or Demonstrating in a Capitol Building

Date: 04/23/2024

*Issuing officer's signature*  2024.04.23 14:55:32 -04'00'

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/23/24, and the person was arrested on *(date)* 4/29/24
at *(city and state)* Springfield, MO.

Date: 4/29/24

*Arresting officer's signature*

SA Isaac MP Heesters
*Printed name and title*